```
___ FILED       ___ RECEIVED
___ ENTERED     ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        MAY 28 2019

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 2:19-mj-00381-VCF |
| JOSE ANGEL RUIZ-TORRES, | ) |
| Defendant. | ) **ORDER** |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement shall provide to counsel in the above-captioned case a complete copy of every document contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement, Las Vegas, Nevada.

DATED this 28th day of May, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE